**W. E. FELLERS, Movant, v. THE HOME INSURANCE COMPANY, NEW YORK, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 18, 1938.)

EATON & EATON for movant.

McMURRY, KATTERJOHN & REED and FRANK M. DRAKE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**INTERSTATE FINANCE CORPORATION OF KENTUCKY, Movant, v. ROBERT W. VORIS, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 28, 1938.)

R. W. KEENON and B. L. KESSINGER for movant.

ROBERT M. ODEAR and HENRY S. McGUIRE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**G. SHELBY PATTERSON, Movant, v. COMMONWEALTH OF KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided Nov. 4, 1938.)

W. L. MIX and HORACE H. ROTH for movant.

HUBERT MEREDITH, Attorney General, and A. E. FUNK, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.